UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MUHAMMAD DYE,      :
  Petitioner       :
            :
  v.           : CIVIL NO. 1:12-CV-575
            :
BRYAN BLEDSOE,      :
  Respondent      :

*O R D E R*

AND NOW, this 26th day of July, 2012, upon consideration of the report and recommendation of the magistrate judge (Doc. 6), filed June 26, 2012, to which no objections were filed, and upon independent review of the record, it is ordered that:

  1. The magistrate judge's report (Doc. 6) is adopted.

  2. The Petition for Writ of Habeas Corpus (Doc. 1) is DENIED.

  3. The Clerk of Court shall close this file.

  4. A certificate of appealability is denied.

              /s/ William W. Caldwell
              William W. Caldwell
              United States District Judge